# United States Bankruptcy Court
## District of Wyoming

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Marco, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**d/b/a DeMarcos** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **83-0259654** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**601 SE Wyoming Blvd**<br>**Casper, WY**     ZIP CODE **82609** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Natrona** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

### Type of Debtor (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

### Tax-Exempt Entity (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

### Filing Fee (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

**Check all applicable boxes**
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition  *(This page must be completed and filed in every case)* | Name of Debtor(s):  **Marco, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**  (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**  (To be completed if debtor is an individual whose debts are primarily consumer debts)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).  **X  Not Applicable**  Signature of Attorney for Debtor(s)    Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

(Name of landlord that obtained judgment)

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Marco, Inc.** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **Not Applicable**<br>Signature of Debtor<br><br>X **Not Applicable**<br>Signature of Joint Debtor<br><br>Telephone Number (If not represented by attorney)<br><br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X **Not Applicable**<br>(Signature of Foreign Representative)<br><br>(Printed Name of Foreign Representative)<br><br>Date |
| **Signature of Attorney**<br><br>X **/s/ Stephen R. Winship**<br>Signature of Attorney for Debtor(s)<br><br>**Stephen R. Winship  Bar No. 5-2093**<br>Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**Winship & Winship, PC**<br>Firm Name<br><br>**PO Box 548 Casper, WY 82602**<br>Address<br><br>**307-234-8991**            **307-234-1116**<br>Telephone Number<br><br>**8/31/2011**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>**Not Applicable**<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **s/ David Marcovitz**<br>Signature of Authorized Individual<br><br>**David Marcovitz**<br>Printed Name of Authorized Individual<br><br>**Secretary**<br>Title of Authorized Individual<br><br>**8/31/2011**<br>Date | X **Not Applicable**<br><br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

# RESOLUTION
# OF
# MARCO, INC.

I, David Marcovitz, declare under penalty of perjury that I am the Secretary and Director of Marco, Inc., a Wyoming Corporation and that on August 30, 2011 the following resolution was duly adopted by the officers of this Corporation:

"**WHEREAS,** it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

**BE IT THEREFORE RESOLVED,** that David Marcovitz, Secretary and Director of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

**BE IT THEREFORE RESOLVED,** that David Marcovitz, Secretary and Director of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

**BE IT FURTHER RESOLVED,** that David Marcovitz, Secretary and Director of this Corporation, is authorized and directed to employ Stephen R. Winship and the law firm Winship & Winship, P.C. to represent the Corporation in such bankruptcy case."

EXECUTED this 31ST day of August, 2011.

MARCO, INC.

By: _____
David Marcovitz, Secretary and Director

ATTACHMENT A
SCHEDULE B - ASSETS

| Item | Location |
|---|---|
| Cash on Hand | Various locations |
| Business Checking Account at First Interstate Bank | Casper, Wyoming |
| Business Checking Account at First Interstate Bank | Bozeman, Montana |
| Business Checking/Savings Accounts at Wells Fargo Bank | Idaho Falls, Idaho |
| Business Checking Account at Key Bank | Idaho Falls, Idaho |
| Commercial Lease Agreements with GGP | Various locations |
| Aged Accounts Receivables | |
| Accounts Receivables | |
| Office Equipment, Furnishing and Supplies | Various locations |
| Merchandise Inventory | Various locations |
| Misc. Fixtures and Shelving Equipment | Various locations |
| Collections of Judgment against Robert & Nikki Marcovitz | |

American Garment Co.
6170 Valley View Street
Buena Park, CA 90620


Anderson, Stacey


Bigley, Maria


Burbacks Refrigeration
500 West 1st Street
Casper, WY 82601


C&A Design Studio


Casper Star Tribune
PO Box 80
Casper, WY 82609


Chaffin, Rachel


Cheryl Cunningham
1431 Yorkshire
Casper, WY 82609


Christine Alexander, Inc.
PO Box 24960
Federal Way, WA 98093.1960

Dorfman Pacific Co.
NW 5412 PO Box 1450
Minneapolis, MN 55485-5412


Dr. Matens Airwair USA
Mail Stop 97
PO Box 4100
Portland, OR 97208


Emery, Janaye


Enro Shirt Co. The Apparel Group
PO Box 952135
Dallas, TX 75395-2135


Falcon Bay/IDB Factors
25059 Network Place
Chicago. IL 60673


Faught, Alex


Florsheim Shoe Co
PO Box 88542
Milwaukee, WI 53288


Floyd, William


Franklin, John

Gallatin Valley Mall
2825 W Main Street, Unit J-3
Bozeman, MT 59718


GGP, Eastridge Mall LLC
SDS-12-2336
PO Box 86
Minneapolis, MN 55485-2336


G-III Leather Fashions
PO Box 29242
New York, NY 10087-9242


Gruppo Bravo
761 S Los Angeles Street
Los Angeles, CA 90014-2105


Hart Schaffner & Marx
3249 Paysphere Cir.
Chicago, IL 60674


Hatmaker & Assoc
1156 South US 1
Vero Beach, FL 32962


JM International
PO Box 6624
Beverly Hills, CA 90212-6624


Jockey International
Bin 286
Milwaukee, WI 53288


Johnston & Murphy Shoe Co/Genesco I
4008 Reliable  Parkway
Chicago, IL 60686

Joseph Ribkoff, Inc
1363 Collection Ct Drive
Chicago, IL 60693


Key Bank
1675 Broadway, 2d Floor
Denver, CO 83202


Key Bank
PO Box 790408
St. Louis, MO 63179-0408


Marcovitz, Leonard


Marcovitz, David


Marcovitz, Robert


Maxman/New Commercial Capital
946 East 12th Street
Los Angeles, CA 90021


Mottishaw, Matthew


Neema Clothing LTD
74-76 Gould Street
Bayonne, NJ 07002

Northwestern Energy (Bozeman)
40 E Broadway Street
Butte, MT 59701


Paymaster Payroll
1925 Grand Ave
Billings, MT 59102


Peerless Clothing International
200 Industrial Park Road
St. Albans, VT 05478-1873


Post Register
PO Box 1800
Idaho Falls, ID 83404


PVH Neckwear, Inc
PO Box 644211
Pittsburgh, pA 15264-4211


Ramirez, Rodrigo


Randall Kanuit
2108 Broadwater Ave, Suite 200
Billing, MT 59102


Randall Kanuit CPA
2108 Broadwater Ave, #200
Billings, MT 59102


Rasmussen, Larissa

Reyes, Oscar




Rudd & Co




S. Cohen
153 Graveline
Montreal, Quebec
Canada H4T 1R4




San Malone INc
19865 E Harrison Ave
City of Industry, CA 91789




Schenk, Casey




Seven For All Mankind, VF Comtempor
PO Box 846245
Dallas, TX 75284-6245




Smith, Cheryl




Smith, Driscoll & Assoc., PLLC
PO Box 50731
Idaho Falls, ID 83405-0731




Superior Appearl Inc/Sterling Facto
PO Box 712
Midtown Station
NY, NY 10018

Supreme International, LLC
PO Box 277017
Atlanta, GA 30384-7017


Tandy Brands
PO Box 671349
Dallas, TX 75267-1349


Tommy Bahama
12564 Collections Center Drive
Chicago, IL 60693


True Religion Sales, Inc
2263 E Vernon Ave
Vernon, CA 60680-2578


Wesco Glove Works/Silver c/0 T60026
PO Box 66512
Chicago,  IL 60666-0512


Wyoming Department of Revenue
122 WEst 25th Street
Herscher Building
Cheyenne, WY 82002-0110

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re **Marco, Inc.**  Case No. _____
_____  (If known)
Debtor

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **David Marcovitz**, the **Secretary** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **5** sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date **8/31/2011**     Signature: **s/ David Marcovitz**

**David Marcovitz Secretary**
[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

B 203
(12/94)

**UNITED STATES BANKRUPTCY COURT**
**District of Wyoming**

In re: **Marco, Inc.**

Debtor

Case No.
Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept $ **$225.00/hour**
   Prior to the filing of this statement I have received $ **5,000.00**
   Balance Due $

2. The source of compensation paid to me was:

   ☒ Debtor   ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor   ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d) Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e) [Other provisions as needed]

   **The compensation agreed to be paid by the Debtor to the undersigned is $225.00 per hour plus expenses.**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **Preparation of Tax Returns, Initial Report and Monthly Operating Reports to Trustee.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **8/31/2011**

**/s/ Stephen R. Winship**
**Stephen R. Winship, Bar No. 5-2093**

**Winship & Winship, PC**
Attorney for Debtor(s)